# **EXHIBIT A**

 **Midland Credit Management, Inc.** 2365 Northside Drive, Suite 300, San Diego, CA 92108

03-01-2017

Mary T Janetos     P33T970 001



| Original Creditor | Citibank (South Dakota), N.A. |
| --- | --- |
| Original Account Number | 9595 |
| MCM Account Number | 4713 |
| Current Balance | $2,550.93 |
| Current Owner | Midland Funding LLC |

You are pre-approved for a 40% discount!
Call (800) 321-3809

### Choose The Option That Works For You.

RE Citibank (South Dakota), N.A.

Dear Mary,

Congratulations! You have been **pre-approved** for a discount program designed to save you money. Act now to maximize your savings and put this debt behind you by calling (800) 321-3809. Pay online today at www.midlandcreditonline.com.



| Option | Terms | Amount |
| --- | --- | --- |
| Option 1: 40% OFF — Payment Due Date: 03-31-2017 | You Pay Only | $1,530.55 |
| Option 2: 20% OFF — First Payment Due Date: 03-31-2017 | 6 Monthly Payments of Only | $340.12 |
| Option 3: Monthly Payments As Low As: Call today to discuss your options and get more details. | | $50 per month† |

**Benefits of Paying!**
- Save up to $1,020.37
- Offer Expiration date: 03-31-2017

**CALL US TODAY!**
**(800) 321-3809**

If these options don't work for you, call one of our Account Managers to help you set up a payment plan that does.

Sincerely,

*Tim Bolin*
Tim Bolin, Division Manager

The law limits how long you can be sued on a debt and how long a debt can appear on your credit report. Due to the age of this debt, we will not sue you for it or report payment or non-payment of it to a credit bureau.

---

We are not obligated to renew any offers provided.

Hours of Operation
Mn-Th: 5am-9pm PT;
F-Sat: 5am-4:30pm PT;

 (800) 321-3809    midlandcreditonline.com    Midland Credit Management, Inc. P.O. Box 60578, Los Angeles, CA 90060-0578

**PLEASE SEE REVERSE SIDE FOR IMPORTANT DISCLOSURE INFORMATION**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MCM Account Number    4713
Current Balance       $2,550.93

Total Enclosed        $ _____

**Manage Your Account Online**
midlandcreditonline.com

**Important Payment Information**

Make checks payable to:
Midland Credit Management
Enter your MCM Account # on all payments

**(800) 321-3809**

Mail Payments to:
Midland Credit Management, Inc.

## Important Disclosure Information:

Please understand this is a communication from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.

To report any inaccuracies or to dispute this debt, please call (800) 321-3809
Calls to and/or from this company may be monitored or recorded.

### Basic Information

| | | | |
|---|---|---|---|
| Original Creditor | Citibank (South Dakota), N.A. | MCM Account Number | 4713 |
| Original Account Number | 9595 | Charge-Off Date | 07-29-2008 |
| Current Creditor *The sole owner of this debt* | Midland Funding LLC | Current Servicer | Midland Credit Management, Inc. |

### Important Contact Information

| Send Payments to: | For disputes call (800) 321-3809 or write to: | Physical Payments for Colorado Residents: |
|---|---|---|
| Midland Credit Management, Inc.<br>P.O. Box 60578<br>Los Angeles, CA 90060-0578 | Attn: Consumer Support Services<br>2365 Northside Drive<br>Suite 300<br>San Diego, CA 92108 | 80 Garden Center<br>Suite 3<br>Broomfield, CO 80020<br>Phone (303) 920-4763 |

We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law:

**IF YOU LIVE IN MASSACHUSETTS, THIS APPLIES TO YOU: NOTICE OF IMPORTANT RIGHTS:** You have the right to make a written or oral request that telephone calls regarding your debt not be made to you at your place of employment. Any such oral request will be valid for only ten (10) days unless you provide written confirmation of the request postmarked or delivered within seven (7) days of such request. You may terminate this request by writing to MCM.

**IF YOU LIVE IN MINNESOTA, THIS APPLIES TO YOU:** This collection agency is licensed by the Minnesota Department of Commerce.

**IF YOU LIVE IN NEW YORK CITY, THIS APPLIES TO YOU:** New York City Department of Consumer Affairs License Number 1140603, 1207829, 1207820, 1227728, 2022587, 2023151, 2023152, 2027429, 2027430, 2027431

**IF YOU LIVE IN NORTH CAROLINA, THIS APPLIES TO YOU:** North Carolina Department of Insurance Permit #101659, #4182, #4250, and #3777, #111895, and #112039. Midland Credit Management, Inc. 2365 Northside Drive, Suite 300, San Diego, CA 92108

**IF YOU LIVE IN TENNESSEE, THIS APPLIES TO YOU:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.