IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARY T. JANETOS, and <br> JONATHAN HUSER <br> on behalf of themselves and the class <br> members described below, <br><br> Plaintiffs, <br><br> vs. <br><br> MIDLAND FUNDING, LLC, <br> MIDLAND CREDIT MANAGEMENT, INC. <br> and ENCORE CAPITAL GROUP, INC., <br><br> Defendants. | 17-cv-4490 <br><br> Honorable Judge Joan B. Gottschall <br><br> Magistrate Judge Young B. Kim |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mary T. Janetos hereby dismiss her cause of action against Defendants Midland Funding, LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc. without prejudice. Defendants have not answered or filed any motion requesting summary judgment.

Respectfully submitted,

s/Corey J. Varma
Corey J. Varma

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\33923\Pleading\Notice of voluntary dismissal (as to Janetos)_Pleading.docx

## CERTIFICATE OF SERVICE

I, Corey J. Varma certify that on Wednesday, August 30, 2017, I caused the electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such to all parties by operation of the Court's electronic filing system.

s/Corey J. Varma
Corey J. Varma

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
Corey J. Varma
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark St, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)