UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Mary Janetos, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:17‑cv‑04490
                                                                Honorable Joan B. Gottschall

Midland Funding, LLC, et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2017:

    MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to plaintiff's notice of voluntary dismissal [39], this case is dismissed without prejudice. The parties shall bear their own costs and fees. The hearings set for 9/8/17 are stricken. No appearance required. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.