

**UNITED STATES DISTRICT COURT**
**Northern District of Illinois**
**219 South Dearborn Street**
**Chicago, Illinois 60604**

**Thomas G. Bruton**
**Clerk**

312-435-5670

Date: 9/5/17        Case Number: 17 cv 4490

Case Title: Janetos v. Midland Funding        Judge: Gottschall

## NOTICE OF CORRECTION

The following errors/deficiencies have been identified in document #[ 41 ].

☐ The document is on the incorrect case. (If this is a motion, the docket clerk has termed the motion from the incorrect case.

☐ The document is on the correct case but the case number and title do not match.

☐ The incorrect document [pdf] was linked to the entry.

☐ The incorrect file date was entered.

☐ The incorrect event was used. The title of the document does not match the text of the entry.

☐ The entry is a duplicate of entry [ ].

■ Other: Case terminated in error.


**Corrective action taken by the Clerk:**

☐ The text of the entry has been edited and the pdf replaced with a pdf that states *Entered in Error*.

☐ The following notation has been added to the text of the entry: *Linked document has the incorrect case title,* or, *Linked document has the incorrect case number*.

☐ The correct document [pdf] has been linked to the entry.

☐ The file date has been corrected.

■ The text of the entry has been edited.

☐ The text of the entry has been edited to read, *Duplicate filing of document number [ ]*.

☐ Other:


**Corrective action required by the filer:**

☐ Counsel must re-file the document

☐ Other:

       Thomas G. Bruton, Clerk
       By: /s/ M. Cowan
       Deputy Clerk

Rev. 10/05/2016