IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN HUSER and STEPHEN WELCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 1:17-cv-4490 |
| | ) | |
| MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC., | ) ) ) | Judge Gottschall |
| | ) | Magistrate Kim |
| | ) | |
| Defendants. | | |

**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO CHALLENGE DEFENDANTS' DESIGNATION OF CERTAIN DEPOSITION TESTIMONY AS CONFIDENTIAL**

Defendants, by their attorney, Todd P. Stelter, respectfully request that this court grant a 14 day extension of time (until October 11, 2019) to file their response to plaintiff's motion to challenge defendants' designation of certain deposition testimony as confidential, and a like 14 day extension of time (until October 25, 2019) for plaintiff's reply, and in support thereof, states as follows:

1. On September 4, 2019, plaintiff filed a motion to challenge defendants' designation of certain deposition testimony as confidential. DE#111.

2. On September 6, 2019, this Court set a briefing schedule setting defendants' response brief due September 27, 2019, and plaintiff's reply brief due October 4, 2019.

3. Defendants require additional time prior to responding. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the motion and prepare the appropriate response.

4. Therefore, defendants respectfully request that this court grant a 14 day extension of time (until October 11, 2019) to file their response, and a like 14 day extension of time (until October 25, 2019) for plaintiff's reply.

5. Defense counsel has communicated with plaintiff's counsel who has indicated there is no opposition to this motion.

WHEREFORE, defendants respectfully request that this court grant a 14 day extension of time (until October 11, 2019) to file their response to plaintiff's motion to challenge defendants' designation of certain deposition testimony as confidential, and a like 14 day extension of time (until October 25, 2019) for plaintiff's reply,

Dated September 26, 2019.   */s/ Todd P. Stelter*
David M. Schultz
Todd P. Stelter
Attorneys for Defendants
**HINSHAW & CULBERTSON LLP**
151 North Franklin, Suite 2500
Chicago, IL 60606
Phone No. 312-704-3000
Fax No. 312-704-3001
E-mail Address(es):
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

304411747v1 0999455

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MARY T. JANETOS and JONATHAN HUSER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No.: 1:17-cv-4490 |
| | ) | |
| MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC. and ENCORE CAPITAL GROUP, INC., | ) ) ) | Judge Gottschall |
| | ) | Magistrate Kim |
| | ) | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

    I, Todd P. Stelter, an attorney, certify that I shall cause to be served a copy of **Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion to Challenge Defendants' Designation of Certain Deposition Testimony as Confidential [UNOPPOSED]** upon the below listed individual(s), by deposit in the U.S. mail, postage prepaid, before the hour of 5:00 p.m., messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, on **September 26, 2019.**

| | | |
|---|---|---|
| ☒ | CM/ECF | *To All Parties of Record* |
| ☐ | Facsimile | |
| ☐ | Federal Express | |
| ☐ | Regular U.S. Mail | |
| ☐ | Messenger | |
| ☐ | E-Mail | |

HINSHAW & CULBERTSON LLP

Todd P. Stelter
HINSHAW & CULBERTSON LLP
151 North Franklin, Suite 2500
Chicago, IL 60606
312/704-3966
312/704-3001 – facsimile
tstelter@hinshawlaw.com

s/ *Todd P. Stelter*
Todd P. Stelter

304411747v1 0999455